**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6758**
_____

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

     v.

MATTHEW JAMES DURY,

              Defendant - Appellant.

_____

**No. 16-6841**
_____

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

     v.

MATTHEW JAMES DURY,

              Defendant - Appellant.

_____

Appeals from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:08-cr-00016-MR-1)

_____

Submitted: October 20, 2016      Decided: November 4, 2016

_____

Before SHEDD and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

————————————

Matthew James Dury, Appellant Pro Se. Donald David Gast, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew James Dury appeals the district court's orders denying relief on his post-judgment motions to dismiss indictment, for a new trial and for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Dury, No. 1:08-cr-00016-MR-1 (W.D.N.C. May 13, 2016; June 7, 2016). We deny Dury's motion for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED